Benedetta Rizzo, as Administratrix, etc., of Leonardo Rizzo, Deceased, Respondent, v. Thomas E. Murray, Jr., as Receiver of Interborough Rapid Transit Company, Appellant; Triborough Bridge Authority, Defendant, Appellant and Respondent, and Woodcrest Construction Company, Inc., Impleaded Defendant, Respondent.— Motion of Triborough Bridge Authority for leave to appeal to the Court of Appeals granted. [See ante, p. 956, and p. 1082.] Present — Lazansky, P. J., Hagarty, Carswell, Adel and Close, JJ.

Mary E. Smith, Appellant, v. Elen Meade, etc., as Executrix, etc., of George Edmund Smith, etc., Deceased, Respondent.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Hagarty, Carswell, Adel and Close, JJ.

Leon Tucholski and Another, etc., Respondents, v. Joseph Zielenski and Others, Defendants, and Geo. W. Brush & Son, Inc., etc., Appellant.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Hagarty, Carswell, Adel and Close, JJ.

Samuel L. Waldbaum, Respondent, v. Rite Capital Pleating & Stitching Co., Inc., and Michael B. Kaplan, Appellants.— Motion for leave to appeal to the Appellate Division granted. Stay continued until the determination of the appeal herein. Present — Lazansky, P. J., Hagarty, Carswell, Adel and Close, JJ.

### (April 24, 1939.)

In the Matter of Harry Wishnew, an Attorney.— The motion of the petitioner is disposed of as follows: 1. Motion to amend the petition by adding the new charges set forth in the affidavit of Mr. Bruchhausen granted. 2. The charges heretofore referred to Hon. Burt Jay Humphrey, official referee, and concerning which testimony has been taken, are referred to Hon. Isaac M. Kapper, official referee, to proceed on the testimony already taken, if agreed to by the parties, or to take testimony anew if such agreement should not be made. 3. To hear the above items 1 and 2 and to report thereon, with recommendations to the court. 4. In making recommendations the official referee will take into consideration the report heretofore made by Hon. Burt Jay Humphrey, official referee, dated June 9, 1937. Present — Lazansky, P. J., Carswell, Adel, Taylor and Close, JJ. [See 250 App. Div. 780; 253 id. 726; 254 id. 884.]

Rose M. Campo, Appellant, v. The City of New York, Respondent.— On appeal by plaintiff in an action for damages for personal injuries (a) from a judgment for defendant entered on a jury verdict, and (b) from an order denying plaintiff's motion to set aside the verdict and for a new trial, judgment and order unanimously affirmed, with costs. No opinion. Present — Hagarty, Carswell, Adel, Taylor and Close, JJ.

Rena Cohen, Appellant, v. New York Life Insurance Company, Respondent. — In an action involving a claim for disability benefits under a policy of life insurance, order denying plaintiff's motion for judgment on the pleadings and granting defendant's cross-motion for the same relief, and judgment entered thereon, unanimously affirmed, with ten dollars costs and disbursements. No opinion. Present — Lazansky, P. J., Hagarty, Johnston, Taylor and Close, JJ.